

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-18-00841-CV

**EX PARTE K.S.**

From the 57th Judicial District Court, Bexar County, Texas
Trial Court No. 2018-CI-05238
Honorable Antonia Arteaga, Judge Presiding

BEFORE JUSTICE ALVAREZ, JUSTICE CHAPA, AND JUSTICE RIOS

In accordance with this court's opinion of this date, the May 17, 2019 order of expunction is REVERSED and this case is REMANDED to the trial court for further proceedings. We ORDER appellant Department of Public Safety is awarded the costs it incurred related to this appeal.

SIGNED August 14, 2019.

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice